UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR TRAVILLION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOHN E. WETZEL, in his official capacity as the Commonwealth of Pennsylvania's Secretary of Corrections, et al.,<br><br>　　Defendants. | CIVIL ACTION NO. 3:22-cv-01196<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 10th day of November, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff shall effectuate service of the summons and complaint upon each of the named defendants, or obtain waivers of formal service, **within sixty (60) days** after entry of this order. *See* Fed. R. Civ. P. 4(m).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge